**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025**

PETE G. DIAZ, JR. and LINDA D. DIAZ, as Co-Personal Representatives of the Estate of PETE JAMESON DIAZ, deceased, on behalf of the Estate and all Wrongful Death Beneficiaries,

Plaintiffs,

-v.-

AMERICAN AIRLINES INC.
1 Skyview Dr.
Fort Worth, TX 76155

PSA AIRLINES, INC.
1 Terminal Dr.
Middletown, PA 17057

UNITED STATES OF AMERICA,
Todd Blance, in his official capacity as U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530-0001

Defendants.

Lead Case No: 1:25-cv-03382-ACR

**SHORT FORM COMPLAINT**

Plaintiffs PETE G. DIAZ, JR. and LINDA D. DIAZ, as Co-Personal Representatives of the Estate of PETE JAMESON DIAZ, deceased, and on behalf of all surviving beneficiaries, respectfully allege as follows:

1. Plaintiffs refer to and incorporate by reference the First Amended Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025, as though fully set forth herein. Plaintiffs adopt the First Amended Master Complaint and agree to be bound by any rulings with respect to the pleadings of the Master Complaint, First Amended Master Complaint, and any subsequent amendments thereto.

2. Plaintiffs adopt each of the general allegations of the First Amended Master Complaint except for those paragraph numbers set for here, if any: N/A.

## CLAIMS AGAINST DEFENDANTS

3. Plaintiffs bring those Counts, as applicable, against each of the Defendants in the First Amended Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiffs incorporate by reference each of the Causes of Action in the First Amended Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Negligence

☒ Second Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Negligence

☒ Sixth Cause of Action for Survival Based Upon Negligence

**PLAINTIFFS' INFORMATION:**

5. Decedent, PETE JAMESON DIAZ, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6. PETE JAMESON DIAZ resided in Kansas.

7. Plaintiffs PETE G. DIAZ, JR. and LINDA D. DIAZ are citizens and residents of Kansas and were the lawful parents of PETE JAMESON DIAZ, deceased, at the time of his death.

8. Plaintiffs PETE G. DIAZ, JR. and LINDA D. DIAZ bring this lawsuit individually on their own behalf, as Co-Personal Representatives of the Estate of PETE JAMESON DIAZ, and on behalf of all surviving beneficiaries.

9. On or about June 12, 2025, the District Court of Sedgwick County, Kansas (Eighteenth Judicial District, Probate Department) issued Amended Letters of Administration appointing PETE G. DIAZ, JR. and LINDA D. DIAZ Co-Personal Representatives of the Estate of PETE JAMESON DIAZ. Therefore, they have standing to assert both wrongful death and survival claims on behalf of all beneficiaries of PETE JAMESON DIAZ and bring this lawsuit in their representative capacity.

**PLAINTIFFS' ADMINISTRATIVE CLAIM**

10. On or about July 17, 2025 and July 28, 2025, Plaintiffs PETE G. DIAZ, JR. and LINDA D. DIAZ, on behalf of themselves and the Estate of PETE JAMESON DIAZ, deceased, served their initial administrative claims upon the FAA.

11. On or about July 17, 2025 and July 23, 2025, Plaintiffs PETE G. DIAZ, JR. and LINDA D. DIAZ, on behalf of themselves and the Estate of PETE JAMESON DIAZ, deceased, served their initial administrative claims upon the United States Army ("Army").

12. The USA:

☐ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiffs to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☒ the FAA denied Plaintiffs' claims on May 19, 2026, on behalf of both the FAA and United States Army ("Army").

## PLAINTIFFS' DAMAGES

13. Plaintiffs request all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

☒ DECEDENT's unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused his/her death;

☒ the loss of the gross earning power of the DECEDENT;

☒ the loss of the full value of the life of the DECEDENT;

☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;

- ☒ the loss of financial support and contribution of the DECEDENT;
- ☒ loss of services;
- ☒ loss of inheritance;
- ☒ loss of accumulations;
- ☒ full pecuniary loss of the DECEDENT;
- ☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;
- ☒ loss of life's pleasures;
- ☒ loss of enjoyment of life of the DECEDENT;
- ☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;
- ☒ other necessary and reasonable expenses as a result of the DECEDENT's death;
- ☒ attorneys' fees, costs and other damages permitted under applicable laws;
- ☒ pre- and post-judgment interest on all damages as allowed by law;
- ☒ all costs of suit herein;
- ☒ such other and further relief as the Court shall deem just and proper;
- ☒ Other (specify):

## ADDITIONAL ALLEGATIONS, IF ANY

14. Decedent PETE JAMESON DIAZ was 30 years old at the time of his death. He is survived by his parents, Plaintiffs Pete G. Diaz, Jr. and Linda D. Diaz, and his siblings, Melissa R. Hunter and Elaina L. Johnson. Plaintiffs Pete G. Diaz, Jr. and Linda D. Diaz bring this action in their representative capacity as Co-Personal Representatives of the Decedent's Estate, on behalf of the Estate, themselves, and all potential wrongful death beneficiaries entitled to recover under applicable law.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury as to all claims in this action.

Dated: September 15, 2026

SPEISER KRAUSE, P.C.

By: *_/s/ Douglas A. Latto_*
Douglas A. Latto
(Bar ID: NY0672)
Kenneth P. Nolan
(applicant *pro hac vice*)
Jeanne M. O'Grady
(Bar ID: NY0673)
Frank H. Granito, III
(applicant *pro hac vice*)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220-5333
dal@speiserkrause.com
kpn@speiserkrause.com
jog@speiserkrause.com
f3g@speiserkrause.com

Attorneys for Plaintiffs